# EXHIBIT A



J.S. Flynn, Pulaski Circuit ClerK
P.O. Box 664, 50 Public Square
Somerset, KY 42501

DEARBORN GROUP, INC C/O EDWINA. BANDEROWI
701 E 22ND STREET
LOMBARD, IL 60148



## KCOJ eFiling Cover Sheet

Case Number: 21-CI-00628

Envelope Number: 3681124

Package Retrieval Number: 368112424925306@00000183656

Service by: Certified Mail

Service Fee: $ 0.00

Postage Fee: $ 12.71

The attached documents were generated via the Kentucky Court of Justice eFiling system. For more information on eFiling, go to http://courts.ky.gov/efiling.

Package:000001 of 000009

Presiding Judge: HON. TERESA WHITAKER (628406)

Package : 000001 of 000009

| AOC-E-105      Sum Code: CI | | Case #: **21-CI-00628** |
|---|---|---|
| Rev. 9-14 | | Court: **CIRCUIT** |
| Commonwealth of Kentucky | | County: **PULASKI** |
| Court of Justice    *Courts.ky.gov* | | |
| CR 4.02; Cr Official Form 1 | **CIVIL SUMMONS** | |



*Plantiff,* **COLSTON, CHRISTINA VS. FOX, ESTATE OF JAME ET AL**, *Defendant*

TO: **DEARBORN GROUP, INC C/O EDWINA. BANDEROWI**
  **701 E 22ND STREET**
  **LOMBARD, IL 60148**

The Commonwealth of Kentucky to Defendant:
**DEARBORN GROUP, INC C/O EDWINA. BANDEROWI**

   You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

                    /s/ J.S. Flynn, Pulaski Circuit
                    ClerK
                    Date: **7/21/2021**

---

**Proof of Service**

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

   To: _____

☐ Not Served because: _____

Date: _____, 20 _____      _____
                                                        Served By

                                        _____
                                                        Title

---

Summons ID: 368112424925306@00000183656
CIRCUIT: 21-CI-00628 Certified Mail
COLSTON, CHRISTINA VS. FOX, ESTATE OF JAME ET AL



Page 1 of 1

*e*Filed

Package:000002 of 000009

Presiding Judge: HON. TERESA WHITAKER (628406)

Package : 000002 of 000009

Filed          21-CI-00628          07/09/2021          J.S. Flynn, Pulaski Circuit Clerk

Package:000003 of 000009

Presiding Judge: HON. TERESA WHITAKER (628406)

Package : 000003 of 000009

COMMONWEALTH OF KENTUCKY
28th JUDICIAL CIRCUIT
PULASKI CIRCUIT COURT
CIVIL ACTION NO: _____

CHRISTINA COLSTON,                                        PLAINTIFF,

VS.

ESTATE OF JAMES FOX,
BRIAN FOX, ADMINISTRATOR
333 FAREHARN DRIVE
VENICE, FL  34293

AND

DEARBORN GROUP, INC.
C/O EDWIN A. BANDEROWICZ, REGISTERED AGENT
36497 N OLD WOODS TRAIL
GURNEE, IL  60031

AND

BETTER SOURCE BENEFIT COMPANY, INC.
C/O JOHN D. CLAY, REGISTERED AGENT
340 CLIFTY STREET
SUITE 4
SOMERSET, KY  42501                                      DEFENDANTS.

## COMPLAINT

NOW COMES Christina Colston, through counsel, and hereby files here Complaint

against the Defendants, ESTATE OF JAMES FOX; DEARBORN GROUP, INC.; and BETTER

SOURCE BENEFIT COMPANY, INC.

For her cause of action, the Plaintiff states as follows:

1.  Plaintiff resides at 1297 Mine 18 Road, Strunk, McCreary County, Kentucky, where she has resided for the last 180 preceding days;

2.  That she was the paramour of James D. Fox, who died intestate a resident of McCreary County, Kentucky suddenly and accidentally on July 10, 2020, by drowning.

3.  That at the time of his death, James P. Fox was employed with DC Trimble, Inc. – a construction company in Somerset, Pulaski County, Kentucky.  As a result of that employment DC Trimble, Inc. provided life insurance for James P. Fox through BetterSource Benefits, Inc. who brokered the insurance application and transaction FOR Dearborn Group, Inc.

4.  The venue is proper.

5.  That Better Source Benefits, Inc. is a duly incorporated business recorded and recognized by the Commonwealth of Kentucky, Office of Secretary of State.

6.  That Dearborn Group, Inc. is a duly incorporated business recorded and recognized by the State of Illinois by their Office of Secretary of State.  Although not registered with the Commonwealth of Kentucky, Office of the Secretary of State, Defendant, Dearborn Group, Inc. transacts business in the Commonwealth of Kentucky by selling life insurance policies.

7.  That on or about June 29, 2020, James P. Fox signed an "Enrollment and Change Form" for the Defendant, Dearborn Group, Inc., and/or a subsidiary thereof.  On that "Enrollment and Change Form" the beneficiary information is blank. (See Exhibit "A" attached hereto).

Package:000004 of 000009

Presiding Judge: HON. TERESA WHITAKER (628406)

Package : 000004 of 000009

8. That on or about July 1, 2020 an employee of DC Trimble notified BetterSource Benefits via email of the existence of James P. Fox beneficiary:  the name:  Christina Colston; her social security number; and her mailing address.

9. That due to the failure of BetterSource Benefits, Inc. to forward this information on to Defendant, Dearborn Group, Inc. the Plaintiff has been denied the life insurance proceeds provided by said Dearborn Group, Inc.

10. Defendant, Dearborn Group, Inc., failed to recognize the Plaintiff, Christina Colson as the intended beneficiary.

11. That the Defendant Dearborn Group Inc., paid the incorrect beneficiary by not issuing the insurance funds to the Plaintiff, Christina Colston.

12. That the Defendant, Estate of James P. Fox is believed to have received the insurance funds that the Plaintiff is legally entitled to.

13. As a result of the failure of Better Source Benefits, Inc. and Dearborn Group., Inc. to recognize and **comply** with the request of James P. Fox and his employer, to name the Plaintiff, Christina Colston, as the intended beneficiary of the insurance policy and proceeds, the Plaintiff has been damaged by not receiving same, in excess of the jurisdictional minimum of this Court.

14. That the insurance proceeds are in excess of $5,000.

WHEREFORE, the Plaintiff demands as follows:

1. That she be declared the lawful beneficiary of the insurance policy issued by Defendant, Dearborn Group, Inc. and brokered by Defendant, BetterSource Benefits, Inc.

2.  That she receive the entire policy limits that were issued to the Estate of James P. Fox;

3.  That if they proceeds have not been distributed by Dearborn Group., Inc., that Dearborn Group, issue the entire policy limits to the Plaintiff;

4.  For a trial by jury;

5.  For any and all other relief to which she may appear entitled.

MICHELE WILSON JONES
P.O. BOX 888
WHITLEY CITY, KY  42653
PHONE: 606-376-2200
FAX: 606-376-2205
RJ33@highland.net

## VERIFICATION

PLAINTIFF affirms that the foregoing statements are true and correct to the best of her knowledge and belief.

CHRISTINA COLSTON

STATE OF KENTUCKY
COUNTY OF McCREARY

SUBSCRIBED AND SWORN to before me by CHRISTINA COLSTON, Plaintiff herein, on this 8th day of July, 2021.

NOTARY PUBLIC
MY COMM EXP: 3/9/2024

Sandra Nichole Howard
NOTARY PUBLIC
STATE AT LARGE
KENTUCKY
NOTARY ID# KYNP4418
MY COMMISSION EXPIRES March 9, 2024

Filed          21-CI-00628       07/09/2021        J.S. Flynn, Pulaski Circuit Clerk

## Dearborn National Life Insurance Company®

### Enrollment and Change Form

WINTERSOURCE

Administrative Offices: P.O. Box 7070, Downers grove, Illinois 60515

RECEIVED

☑ New Enrollment   ☐ Change   ☐ Open Enrollment   ☐ COBRA   ☐ Retiree

### Employer/Employee Section

Enrollment forms must be submitted directly to Dearborn National unless the group is self-administered. If the group is self-administered, submit enrollment forms to Dearborn National only if evidence of insurability is required.

| EMPLOYER | GROUP NO / ACCOUNT NUMBER | LOCATION |
|---|---|---|
| D.C. Trimble, Inc | F021564 | Somerset, Kentucky |

| EMPLOYEE NAME - LAST | FIRST | MIDDLE INITIAL | SEX | DATE OF BIRTH | DATE OF HIRE (FULL TIME) |
|---|---|---|---|---|---|
| Fox | James | R | ☑ M ☐ F | 01/15/1968 | 12/20/2018 |

| SOCIAL SECURITY NO. | EARNINGS | | | JOB TITLE | CLASS |
|---|---|---|---|---|---|
| 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 | Weekly ☑  Monthly ☐  Annual ☐ | | | LABORER | |

| HOME ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|
| 1297 Mine 18 Rd | Strunk | KY | 42649 |

| HOME PHONE | WORK PHONE | CELL PHONE |
|---|---|---|
| (513) 47-6400 | | |

| SPOUSE NAME - LAST (if Applicant) | FIRST | M.I. | SEX ☐ M ☐ F | SPOUSE DATE OF BIRTH | SPOUSE SOCIAL SECURITY # |
|---|---|---|---|---|---|
| | | | | | |

| | Yes | No |
|---|---|---|
| Has the Employee (if applying) used any tobacco products in the last 2 years? | ☑ Yes | ☐ No |
| Has the Spouse (if applying) used any tobacco products in the last 2 years? | ☐ Yes | ☐ No |

### BENEFIT SELECTION - Life & Disability & Critical Illness & Accident & AD&D

**COVERAGE SELECTION:** Your non-medical group insurance program may not include all the benefits listed below. Ask your Employer for the details about the benefits available to you, your cost, if any, and whether you will be required to complete a health questionnaire.

| | | |
|---|---|---|
| ☑ Term Life / AD&D | ☐ Short-Term Disability (STD) | ☐ Long-Term Disability (LTD) |
| ☐ Dependent Term Life / AD&D | ☐ Critical Illness  ☐ Spouse  ☐ Child(ren) | ☑ Accidental Death and Dismemberment (AD&D) |
| ☐ Accident  ☐ Spouse  ☐ Child(ren)  ☐ Family | | |

| | | | (A)Add (C)Change (D)Delete | Total Amount of Coverage Desired | If (C)hange, list Prior Coverage |
|---|---|---|---|---|---|
| ☐ Term Life / AD&D | | Employee | | | |
| ☐ Term Life / AD&D | | Spouse | | | |
| ☐ Term Life / AD&D | | Child(ren) | | | |
| ☐ Critical Illness | | Employee | | | |
| ☐ Critical Illness | | Spouse | | | |
| ☐ Critical Illness | | Child(ren) | | | |
| ☐ AD&D | | Employee | | | |
| ☐ AD&D | | Spouse | | | |
| ☑ AD&D | | Child(ren) | | | |

Products and services marketed under the Dearborn National® brand and the star logo are underwritten and/or provided by Dearborn National® Life Insurance Company (Downers Grove, IL) in all states (excluding New York), the District of Columbia, the United States Virgin Islands, the British Virgin Islands, Guam and Puerto Rico.
9-552-0516 KY

Page 1 of 3

R030116 | 25222

Package:000007 of 000009

Presiding Judge: HON. TERESA WHITAKER (628406)

Package:000005 of 000009

Filed        21-CI-00628    07/09/2021    J.S. Flynn, Pulaski Circuit Clerk

# Dearborn National Life Insurance Company®

## Enrollment and Change Form

Administrative Offices: P.O. Box 7070, Downers grove, Illinois 60515

| Voluntary Coverage (Check all that apply) | | (A)Add, (C)Change (D)Delete | Total Amount of Coverage Desired | If (C)change, list Prior Coverage |
|---|---|---|---|---|
| ☐ Term Life | Employee | | | |
| ☐ Term Life | Spouse | | | |
| ☐ Term Life | Child(ren) | | | |
| ☐ AD&D | Employee | | | |
| ☑ AD&D | Spouse | | | |
| ☐ AD&D | Child(ren) | | | |
| ☐ AD&D | Dependents | | | |
| ☐ AD&D | ☐ Employee  ☐ Family | | | |
| ☐ Long-Term Disability (LTD): Incremental | | | | |
| ☐ Long-Term Disability (LTD): % of Earnings | | | | |
| ☐ Short-Term Disability (STD): Incremental | | | | |
| ☐ Short-Term Disability (STD): % of Earnings | | | | |
| ☐ Critical Illness | Employee | | | |
| ☐ Critical Illness | Spouse | | | |
| ☐ Critical Illness | Child(ren) | | | |
| ☐ Accident | Employee | | | |
| ☐ Accident | Employee + Spouse | | | |
| ☐ Accident | Employee + Child(ren) | | | |
| ☐ Accident | Family | | | |

➡ **BENEFICIARY DESIGNATION:** (For Employee Only: Must Be Completed if you have applied for Life or AD&D insurance.) If two or more primary beneficiaries are named, and you do not list benefit percentages, proceeds will be paid in equal shares to the named primary beneficiaries who survive you. If no primary beneficiary survives you, proceeds will be paid to the contingent beneficiary(ies). If you list benefit percentages, the total must equal 100%. (Employee is the beneficiary of proceeds from spouse or child coverage.)

| | First Name | Last Name | Social Security No. | Date of Birth | Relationship | Percentage |
|---|---|---|---|---|---|---|
| Primary | | | | | | % |
| Primary | | | | | | % |
| Contingent | | | | | | % |
| Contingent | | | | | | % |

## BENEFIT SELECTION  ☐ DENTAL  ☐ VISION

**ENROLLMENT**
Spouse includes Domestic Partner and Part to a Civil Union as defined in the Certificate.
(Choose One)
☐ Employee
☑ Employee + Spouse
☐ Employee + Child(ren)
☐ Family

If above selection covers your Spouse, is your Spouse covered under any other dental plan? ☐ Yes ☐ No.  If Yes, carrier's name:

**POLICY CHANGE**
(Check Reason for Change)
☐ Married
☐ Birth / Adoption
☐ Widowed
☐ Divorce
☐ Address Change

**CANCEL COVERAGE**
☐ Terminate Coverage
Date    /    /
☐ Leave / Layoff
☐ Other
Date    /    /

**COBRA CONTINUATION PRIVILEGE**
Start Date:    /    /
Projected End Date.    /    /

Previously covered with group as.
☐ 1. Employee (termination, reduction in hours, other)
☐ 2. Spouse (divorce from Employee, death of Employee)
☐ 3 Dependent (reached age limit, married, no longer a Full Time Student, other)
☐ 4. Spouse & Dependents (divorce from Employee, death of Employee, other)

For the purposes of this Notice, while prohibited by Federal law, Spouse does not include a same-sex Domestic Partner or Party to a Civil Union. Such benefits may be available under state law of provided by the policyholder.

Products and services marketed under the Dearborn National® brand and the star logo are underwritten and/or provided by Dearborn National® Life Insurance Company (Downers Grove, IL) in all states (excluding New York), the District of Columbia, the United States Virgin Islands, the British Virgin Islands, Guam and Puerto Rico.

9-552-0516 KY
Page 2 of 3
R030116  I  Z5222

Package:000008 of 000009

Presiding Judge: HON. TERESA WHITAKER (628406)

Package : 000008 of 000009

Filed          21-CI-00628     07/09/2021       J.S. Flynn, Pulaski Circuit Clerk

# Dearborn National Life Insurance Company®

### Enrollment and Change Form

Administrative Offices: P.O. Box 7070, Downers grove, Illinois 60515

## COVERED SPOUSE AND DEPENDENTS

Dependent Child(ren) over the age limit, indicate if Full Time Student (FTS) or Handicapped (HDCP).

| First Name | Last Name | Social Security Number | Date of Birth | Relationship | SEX | Adult Child FTS or HDCP | Name of Accredited School |
|---|---|---|---|---|---|---|---|
| | | | | SPOUSE | ☑ M ☐ F | | |
| | | | | | ☐ M ☐ F | | |
| | | | | | ☐ M ☐ F | | |
| | | | | | ☐ M ☐ F | | |
| | | | | | ☐ M ☐ F | | |
| | | | | | ☐ M ☐ F | | |

I hereby request to be insured and authorize deductions, if any, from my compensation for my share of the cost of the benefits to which I may be entitled under the group policy (ies) issued to the Employer listed above.  I understand that if I am not actively at work on the effective date of my coverage, my insurance will not begin until the day I return to work.  I understand that if I do not remain actively at work that my coverage may lapse or terminate.  For those coverages I have declined, I understand that if I choose to enroll at a later date, my cost may be higher and a health questionnaire may be required.

**Fraud Warning:** Any person who knowingly, and with intent to defraud any insurance company or other person, files an application for insurance or a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material therto commits a fraudulent insurance act, which is a crime.

EMPLOYEE SIGNATURE _____

**Waiver of Coverage:**

I DO NOT WISH TO ENROLL at this time and understand that the opportunity to enroll at any future time will be subject to such arrangements as may be made with the company

EMPLOYEE SIGNATURE _____

FOR DEARBORN NATIOANL USE ONLY

DATE 6 29 2020

DATE  /  /

Products and services marketed under the Dearborn National® brand and the star logo are underwritten and/or provided by Dearborn National® Life Insurance Company (Downers Grove, IL) in all states (excluding New York), the District of Columbia, the United States Virgin Islands, the British Virgin Islands, Guam and Puerto Rico
9-552-0516 KY                                               Page 3 of 3
                                                                        R030116  I  Z5222

Package:000009 of 000009

Presiding Judge: HON. TERESA WHITAKER (628406)

AOC-E-105      Sum Code: CI
Rev. 9-14

NOT ORIGINAL DOCUMENT
08/09/2021

Commonwealth of Kentucky
Court of Justice    *Courts.ky.gov*

CR 4.02; Cr Official Form 1



**CIVIL SUMMONS**

Case #: **21-CI-00628**
9606²
Court:    **CIRCUIT**
County: **PULASKI**

---

*Plaintiff,* **COLSTON, CHRISTINA VS. FOX, ESTATE OF JAME ET AL**, *Defendant*

TO:  **BETTER SOURCE EBNEFIT COMPANY, INC**
   **340 CLIFTY STREET SUITE 4**
   **C/O JOHN D. CLAY, REGISTERED AGENT**
   **SOMERSET, KY 42501**

The Commonwealth of Kentucky to Defendant:

   You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

                    /s/ J.S. Flynn, Pulaski Circuit ClerK
                    Date: **7/9/2021**

---

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

   To: _____

☐ Not Served because: _____

Date: _____ , 20 _____        _____
                                                    Served By

                                           _____
                                                    Title

Summons ID: @00000183441
CIRCUIT: 21-CI-00628 Certified Mail
COLSTON, CHRISTINA VS. FOX, ESTATE OF JAME ET AL



Page 1 of 1



Presiding Judge: HON. TERESA WHITAKER (628406)

CI : 000001 of 000001

AOC-E-105       Sum Code: CI
Rev. 9-14



NOT ORIGINAL DOCUMENT
08/09/2021  Case #: 21-CI-00628

Commonwealth of Kentucky
Court of Justice     *Courts.ky.gov*

9605   Court:   **CIRCUIT**

County: **PULASKI**

CR 4.02; Cr Official Form 1

## CIVIL SUMMONS

---

*Plaintiff,* **COLSTON, CHRISTINA VS. FOX, ESTATE OF JAME ET AL**, *Defendant*

TO:  **DEARBORN GROUP, INC C/O EDWINA. BANDEROWI**
     **36497 N OLD WOODS TRAIL**
     **GURNEE, IL 60031**

The Commonwealth of Kentucky to Defendant:

     You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

                 /s/ J.S. Flynn, Pulaski Circuit ClerK
                 Date: **7/9/2021**

---

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

     To: _____

☐ Not Served because: _____

Date: _____, 20_____    _____
                                        Served By

                                   _____
                                         Title

*(right margin, vertical)* Presiding Judge: HON. TERESA WHITAKER (628406)

*(right margin, vertical)* CI : 000001 of 000001



Page 1 of 1


eFiled

AOC-E-105       Sum Code: CI
Rev. 9-14



NOT ORIGINAL DOCUMENT
08/09/2021 Case #: 21-CI-00628
96063

Commonwealth of Kentucky
Court of Justice     *Courts.ky.gov*

Court:  **CIRCUIT**

County:  **PULASKI**

CR 4.02; Cr Official Form 1

## CIVIL SUMMONS

*Plaintiff,* **COLSTON, CHRISTINA VS. FOX, ESTATE OF JAME ET AL**, *Defendant*

TO:  **ESTATE OF  JAME FOX**
     **BRIAN FOX, ADMINISTRATOR**
     **333 FAREHARN DRIVE**
     **VENICE, FL 34293**

The Commonwealth of Kentucky to Defendant:

   You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

                              /s/ J.S. Flynn, Pulaski Circuit
                              ClerK
                              Date: **7/9/2021**

---

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

   To: _____

☐ Not Served because: _____

   Date: _____, 20_____        _____
                                          Served By

                                          _____
                                          Title

Summons ID: @00000183439
CIRCUIT: 21-CI-00628 Certified Mail
COLSTON, CHRISTINA VS. FOX, ESTATE OF JAME ET AL





Presiding Judge: HON. TERESA WHITAKER (628406)

CI : 000001 of 000001

AOC-E-105      Sum Code: CI
Rev. 9-14



Commonwealth of Kentucky
Court of Justice   *Courts.ky.gov*

CR 4.02; Cr Official Form 1

NOT ORIGINAL DOCUMENT
08/09/2021   Case #: 21-CI-00628
9606G

Court: **CIRCUIT**

County: **PULASKI**

## CIVIL SUMMONS

---

*Plaintiff,* **COLSTON, CHRISTINA VS. FOX, ESTATE OF JAME ET AL**, *Defendant*

TO: **DEARBORN GROUP, INC C/O EDWINA. BANDEROWI**
     **701 E 22ND STREET**
     **LOMBARD, IL 60148**

The Commonwealth of Kentucky to Defendant:
**DEARBORN GROUP, INC C/O EDWINA. BANDEROWI**

    You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

                            /s/ J.S. Flynn, Pulaski Circuit ClerK
                            Date: **7/21/2021**

---

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

    To: _____

☐ Not Served because: _____

Date: _____, 20_____

                            _____
                                 Served By

                            _____
                                    Title



Page 1 of 1



Presiding Judge: HON. TERESA WHITAKER (628406)

CI : 000001 of 000001

NOT ORIGINAL DOCUMENT
08/09/2021 02:10:54 PM
96052

**COMMONWEALTH OF KENTUCKY**
**PULASKI CIRCUIT COURT**
**CASE NO: 21-CI- 00628**

**CHRISTINA COLSTON**                                    **PLAINTIFF**

vs.

**ESTATE OF JAMES FOX, ET AL**                 **DEFENDANTS**

**ANSWER**

Comes now the Defendant, Estate of James Fox, by Brian Fox as Administrator, by and through Counsel and for his Answer to Plaintiff's Complaint, state as follows:

1. That Plaintiff fails to state a cause of action upon which relief can be granted.

2. That this Defendant is without sufficient information to form a belief as to the allegations set forth in paragraphs 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13 and 14 of Plaintiff's Complaint and therefore, deny the same.

3. As an affirmative defense, Defendant states that some or all claims set forth in Plaintiff's Complaint are barred by the applicable statute of limitations.

5. As an affirmative defense, this Defendant states that some or all of Plaintiff's damages are the result of Plaintiff's negligence and/or the negligence/actions of third-parties, including Defendant, Dearborn Group, Inc. and Defendant, Better Source Benefit Company, Inc. over whom this Defendant had no knowledge or control.

NOT ORIGINAL DOCUMENT
08/09/2021 02:10:54 PM
96052

6. This Defendant relies on all other applicable defenses discovered during these proceedings.

## CROSS CLAIM

Comes now the Defendant, Estate of James Fox, by Brian Fox as Administrator, by and through Counsel and for his Cross Claim against Defendant, Dearborn Group, Inc. and Defendant, Better Source Benefit Company, Inc. state as follows:

In the event Plaintiff prevails in her claim against Defendant, Estate of James Fox, by Brian Fox as Administrator, Defendant states that some or all of Plaintiff's damages are the result of the negligence/actions of third-parties, including Defendants, Dearborn Group, Inc. and Defendant, Better Source Benefits, Inc. over whom the Defendant had no knowledge or control. As such Defendant, Estate of James Fox, by Brian Fox as Administrator, would be entitled to indemnification from the remaining Defendants and/or apportionment.

**WHEREFORE**, Defendant, Estate of James Fox, by Brian Fox as Administrator, Pray for the following relief:

1.     For the Complaint of Plaintiff be dismissed with prejudice;

2.     For the Court to deny the relief requested in Plaintiff's Complaint;

3.     In the event of liability indemnification and/or apportionment is requested of the remaining Defendants;

4.     For all other relief which this Defendant may appear entitled, including

ANS : 000002 of 000003

NOT ORIGINAL DOCUMENT
08/09/2021 02:10:54 PM
96052

interests, costs, and attorney fees.

Hon. John Fortner KBA 22980
Attorney for Defendant, Estate of James Fox,
by Brian Fox as Administrator
526 Greenup Street
Covington, KY 41011
(859) 491-1665

### CERTIFICATE OF SERVICE

I hereby certify that a copy of this response was sent via US Mail to Hon. Michelle Wilson Jones, P.O. Box 888, Whitley City, KY 42653, Attorney for Plaintiff; Dearborn Group, Inc. c/0 Registered Agent Edwin A. Banderowicz 36497 N Old Woods Trail, Gurnee, IL 60031; and, Better Source Benefit Company, Inc c/o John D. Clay 340 Clifty St., Suite 4, Somerset, KY 42501, on this __23__ day of July, 2021.

John Fortner

ANS : 000003 of 000003

NOT ORIGINAL DOCUMENT
08/09/2021 02:11:57 PM
96052

COMMONWEALTH OF KENTUCKY
PULASKI CIRCUIT COURT
DIVISION II
CIVIL ACTION NO. 21-CI-00628

CHRISTINA COLSTON,                                                    PLAINTIFF


v.


ESTATE OF JAMES FOX, *et al.*                                        DEFENDANTS


**AFFIDAVIT IN SUPPORT OF DEFENDANT BETTERSOURCE BENEFIT
COMPANY, INC.'S MOTION TO DISMISS**

| | | |
|---|---|---|
| State of Kentucky | : | |
| | : | ss: |
| County of Pulaski | : | |

Comes now Mrs. Kathy Walters Clay, being first duly cautioned and sworn, and hereby deposes and states the following:

1.   I am over the age of 18 and am competent to testify as to the matters in this Affidavit.

2.   I received an email from Mr. Chris Hail of D.C. Trimble on July 1, 2020, a true and accurate copy of which is attached as **Exhibit 1**.

3.   I forwarded the information received from Mr. Hail on July 1, 2020, to Dearborn, a true and accurate correct copy of which is attached as **Exhibit 2**.

4.   Bettersource received a two-star Google Review from an individual named Christina Colston in the fall of 2020, a copy of which is attached as **Exhibit 3**.


FURTHER AFFIANT SAYETH NAUGHT

_____
AFFIANT

Sworn to and subscribed in my presence by Kathy W Clay on this 28 day of
_____, 2021.

_____
NOTARY PUBLIC


My Commission Expires: 5/9/2024

AMY J TUCKER
Notary Public-State at Large
KENTUCKY - Notary ID # KYNP6621
My Commission Expires 05-09-2024

Filed          21-CI-00628          07/29/2021          J.S. Flynn, Pulaski Circuit Clerk

NOT ORIGINAL DOCUMENT
08/09/2021 02:11:57 PM
96052

# EXHIBIT 1

# EXHIBIT 1

AFF : 000002 of 000009

NOT ORIGINAL DOCUMENT
08/09/2021 02:11:57 PM
96052

## Kathy

| | |
|---|---|
| **From:** | Chris Hail <chris.hail@dctrimble.com> |
| **Sent:** | Wednesday, July 01, 2020 10:17 AM |
| **To:** | Kathy |
| **Subject:** | RE: DC Trimble Inc / Needed Additional Info |

Kathy,

Jim Fox hire date – 12/20/2018

Also for Jim, he did not have the beneficiary in to me when I turned everything in yesterday. He text it to me this morning.
Christina Colston
SS# █████████
Address – 1297 Mine 18 Road Strunk, KY 42649

Joe Sworden hire date – 5/14/2019

Sorry I missed you dear! Hope to see you soon.

**From:** Kathy <kathy@bettersourcebenefits.com>
**Sent:** Wednesday, July 01, 2020 10:03 AM
**To:** Chris Hail <chris.hail@dctrimble.com>
**Subject:** FW: DC Trimble Inc / Needed Additional Info

Chris,

Please let me know the dates of hire for James Fox and Joseph Sworden.

They will be processed once Logan Lavelle receives this info.

Sorry I missed you yesterday!

Thanks,

Kathy

**From:** John Clay <j.clay@bettersourcebenefits.com>
**Sent:** Wednesday, July 01, 2020 9:53 AM
**To:** Kathy <kathy@bettersourcebenefits.com>
**Subject:** Fwd: DC Trimble Inc / Needed Additional Info

John Clay
Benefits Adviser & Consultant | Speaker | Author
BetterSource Benefits® and Performance Based Strategies
340 Clifty Street
Suite 4

1

AFF : 000003 of 000009

NOT ORIGINAL DOCUMENT
08/09/2021 02:11:57 PM
96052

Somerset, KY 42501
606 678-0583 – Office
606 305-8525 – Cell
www.bettersourcebenefits.com

This e-mail, including attachments, may include confidential and/or proprietary information, and may be
used only by the person or entity to which it is addressed. If the reader of this e-mail is not the intended
recipient or his or her authorized agent, the reader is hereby notified that any dissemination,
distribution or copying of this e-mail is prohibited. If you have received this e-mail in error, please notify
the sender by replying to this message and delete this e-mail immediately.

Begin forwarded message:

**From:** Shelly Anderson <shellyanderson@llhins.com>
**Date:** July 1, 2020 at 8:41:27 AM CDT
**To:** John Clay <j.clay@bettersourcebenefits.com>
**Subject: DC Trimble Inc / Needed Additional Info**

Good Morning,

We received the applications for James Fox and Joseph Sworden , however we need their dates of
hire. Can you please send me their dates of hire?

Thank you,

Shelly Anderson
*Service Advisor*
11420 Bluegrass Parkway
Louisville, KY 40299
Direct: 502.657.2387 Main: 502.499.6880



**LOGAN LAVELLE HUNT**
a Shepherd partner

**CONFIDENTIALITY NOTICE:** The information contained with this transmission are the private, confidential
property of the sender, and the material is privileged communication intended solely for the individual(s)
indicated. If you are not the intended recipient, you are hereby notified that any review, disclosure, copying,
distribution or the taking of any other action relevant to the contents of this transmission are strictly prohibited.
If you have received this transmission in error, please contact the sender by reply email and destroy all copies of
the original message.

**IMPORTANT NOTE REGARDING INSURANCE COVERAGE:** Shepherd Insurance will not be deemed to have
accepted any electronic communication unless Shepherd Insurance provides the sender with an affirmative
acknowledgement verifying receipt and action upon the communication. Insurance coverage requested via
electronic mail is NOT legally binding until you have received direct confirmation from Shepherd Insurance. As a
result, insurance coverage cannot be added, deleted or otherwise changed using the email system unless and
until it is confirmed in writing by Shepherd Insurance or your insurance carrier.

AFF : 000004 of 000009

Filed        21-CI-00628      07/29/2021        J.S. Flynn, Pulaski Circuit Clerk

NOT ORIGINAL DOCUMENT
08/09/2021 02:11:57 PM
96052

# EXHIBIT 2

# EXHIBIT 2

AFF : 000005 of 000009

NOT ORIGINAL DOCUMENT
08/09/2021 02:11:57 PM
96052

## Kathy

| | |
|---|---|
| **From:** | Kathy |
| **Sent:** | Wednesday, July 1, 2020 11:37 AM |
| **To:** | AncillaryQuestions@mydearborngroup.com |
| **Cc:** | John Clay |
| **Subject:** | RE: ADDING TWO NEW MEMBERS TO THE GROUP# F0215641 D C TRIMBLE, INC. CASE#1-159460519 |

Good morning,

So sorry for that!

James Fox hire date :  **Jim Fox hire date – 12/20/2018**

Joseph Sworden Hire date:  **Joe Sworden hire date – 5/14/2019**

Beneficiary info: **James Fox Beneficiary information:**

**Christina Colston**
**SS#** ▮▮▮▮▮▮▮▮
**Address – 1297 Mine 18 Road Strunk, KY 42649**

**From:** AncillaryQuestions@mydearborngroup.com <AncillaryQuestions@mydearborngroup.com>
**Sent:** Tuesday, June 30, 2020 6:27 PM
**To:** Kathy <kathy@bettersourcebenefits.com>
**Subject:** RE: ADDING TWO NEW MEMBERS TO THE GROUP# F0215641 D C TRIMBLE, INC. CASE#1-159460519

Dear Valued Customer,

Thank you for contacting us. We will send a confirmation email once your transaction or inquiry has been completed.

If you have any questions, you may also contact our customer support team at (800)721-7987 from 7:00 AM to 7:00 PM CST and reference the case number in the subject line.

Please note our administrative forms may be found on our website at www.mydearborngroup.com.

Administrative Office: 701 E. 22nd St. Suite 300, Lombard, IL 60148.
Customer Service Fax: 312-540-8515 | Membership Fax: 312-240-0143
Telephone: 800-721-7987 | Email: AncillaryQuestions@mydearborngroup.com

[THREAD ID: 1-2MXSIQ]

-----Original Message-----
From: MAIL@SF-NOTIFICATIONS.COM
Sent: 6/30/2020 05:26:20 PM

1

AFF : 000006 of 000009

NOT ORIGINAL DOCUMENT
08/09/2021 02:11:57 PM
96052

To: AncillaryQuestions@mydearborngroup.com

Subject: ADDING TWO NEW MEMBERS TO THE GROUP# F0215641 D C TRIMBLE, INC. CASE#1-159460519

# Citrix **Share**File

Kathy Clay has sent you files.                                              Expires 12/27/20

A note from Kathy :
Good afternoon,

Today we are adding two new members, Joseph Sworden and James Fox to the Group F0215641 D C Trimble Inc.

They are new hires for the 07-01-2020 open enrollment. Their enrollment applications are attached for you to use in processing this request.

If you need anything, please let me now!

Thanks,

Kathy Clay
BetterSource Benefits
606-678-0583

Download

Trouble with the above link? You can copy and paste the following URL into your web browser:
https://bettersource.citrixdata.com/d-0c8d739a5d7949d4

ShareFile is a tool for sending, receiving, and organizing your business files online. It can be used as a password-protected area for sharing information with clients and partners, and it's an easy way to send files that are too large to e-mail.

Powered By Citrix ShareFile 2020

## Disclaimer

The information contained in this communication is confidential, private, proprietary, or otherwise privileged and is intended only for the use of the addressee. Unauthorized use, disclosure, distribution or copying is strictly prohibited and may be unlawful. If you have received this communication in error, please notify the sender immediately.

AFF : 000007 of 000009

2

NOT ORIGINAL DOCUMENT
08/09/2021 02:11:57 PM
96052

# EXHIBIT 3

# EXHIBIT 3

# Better Source Benefits

340 Clifty St # 4, Somerset, KY

3.5 ★★★★★ 2 reviews ❓

Sort by

**Most relevant**    Newest    Highest    Lowest



**Christina Colston**
7 reviews · 5 photos

★★★★★ 9 months ago

**Critical:** Professionalism

**Agency Annex**

★★★★★ 3 years ago

✏ **Write a review**

Filed

21-CI-00628   07/29/2021

J.S. Flynn, Pulaski Circuit Clerk
NOT ORIGINAL DOCUMENT
08/09/2021 02:11:57 PM
96052

Filed      21-CI-00628   07/29/2021      J.S. Flynn, Pulaski Circuit Clerk

NOT ORIGINAL DOCUMENT
08/09/2021 02:13:02 PM
96052

COMMONWEALTH OF KENTUCKY
PULASKI CIRCUIT COURT
DIVISION I
CIVIL ACTION NO. 21-CI-00628

CHRISTINA COLSTON,                                               PLAINTIFF

v.

ESTATE OF JAMES FOX, *et al.*                                   DEFENDANTS


**DEFENDANT BETTERSOURCE BENEFIT COMPANY, INC.'S NOTICE AND
MOTION TO DISMISS WITH PREJUDICE**

Defendant Bettersource Benefit Company, Inc. ("Bettersource"), by counsel, hereby gives

notice that on Friday, August 20, 2021, at 9:00 a.m. or as soon thereafter, it shall move for dismissal

of the Complaint pursuant to CR 12.02(f) and for dismissal as party from the above captioned

matter, with prejudice, pursuant to CR 41.02. In support of its motion, Bettersource states as

follows:

## I.   PRELIMINARY STATEMENT

This is an insurance contract dispute between two competing beneficiary claimants: the

estate of James P. Fox ("Fox") and plaintiff Christina Colston ("Colston"). Bettersource, as the

insurance agent who wrote the life insurance policy, is not a party to the insurance contract and

has no involvement in deciding who is entitled to the life insurance proceeds. The insurance

contract speaks for itself, and whatever it says is the final word on which claimant gets the

proceeds. Complete relief can be granted without Bettersource's involvement.

DIS : 000001 of 000009

NOT ORIGINAL DOCUMENT
08/09/2021 02:13:02 PM
96052

## II.   BACKGROUND

D.C. Trimble is a construction company in Somerset, Kentucky.[1] D.C. Trimble provides group life insurance to its employees.[2] The insurer of D.C. Trimble's group life insurance plan is Dearborn National Group, Inc. ("Dearborn").[3] Bettersource is an agent of Dearborn, and is not party to any contract of insurance between Dearborn and its insureds.[4] James P. Fox was a D.C. Trimble employee. He died on July 10, 2020, without naming a life insurance beneficiary on his group life insurance enrollment form.[5]

Nine days before his death, Bettersource received an email from a D.C. Trimble providing that "Jim . . . did not have the beneficiary in to me when I turned everything in yesterday. He text[ed] it to me this morning."[6] Colston's name, social security number, and address were provided therein.[7]

| | |
|---|---|
| **From:** | Chris Hail <chris.hail@dctrimble.com> |
| **Sent:** | Wednesday, July 01, 2020 10:17 AM |
| **To:** | Kathy |
| **Subject:** | RE: DC Trimble Inc  / Needed Additional Info |

Kathy,

Jim Fox hire date – 12/20/2018

Also for Jim, he did not have the beneficiary in to me when I turned everything in yesterday. He text it to me this morning.
Christina Colston
SS# ▮▮▮▮▮▮
Address – 1297 Mine 18 Road Strunk, KY 42649

Joe Sworden hire date – 5/14/2019

Sorry I missed you dear! Hope to see you soon.

---

[1] Complaint at ¶3.
[2] *Id.*
[3] *Id.*
[4] *Id.*
[5] *See* Complaint at ¶2; *see also* Complaint at Exhibit A.
[6] *See* Affidavit of Kathy Walters Clay ("Clay Aff.") at ¶2, a complete and accurate copy of which is attached herein as **Exhibit 1**.
[7] *Id.*

DIS : 000002 of 000009

NOT ORIGINAL DOCUMENT
08/09/2021 02:13:02 PM
96052

**80 minutes later**, on the very same day, Bettersource forwarded this beneficiary information to Dearborn.[8] The forwarding email specifically provided beneficiary information for James Fox:[9]

| Kathy | |
|---|---|
| From: | Kathy |
| Sent: | Wednesday, July 1, 2020 11:37 AM |
| To: | AncillaryQuestions@mydearborngroup.com |
| Cc: | John Clay |
| Subject: | RE: ADDING TWO NEW MEMBERS TO THE GROUP# F0215641 D C TRIMBLE, INC. CASE#1-159460519 |

Good morning,

So sorry for that!

James Fox hire date : Jim Fox hire date – 12/20/2018

Joseph Sworden Hire date:  Joe Sworden hire date – 5/14/2019

Beneficiary info: James Fox Beneficiary information:

Christina Colston
SS#
Address – 1297 Mine 18 Road Strunk, KY 42649

In complete disregard of these very basic facts, Colston groundlessly sued Bettersource for failing "to forward" her information to Dearborn, which she somehow claims led Dearborn to denying her claim to the life insurance proceeds.[10] Colston also accused Bettersource of failing "to recognize and **comply** with the request of James P. Fox . . . to name [Colston] as the intended beneficiary of the insurance proceeds" as though somehow Bettersouce, as the insurance agent, was supposed to write Colston's name down on Fox's insurance form (that he already signed without naming a beneficiary) and/or make a final determination as to who should receive the insurance proceeds.[11] Perhaps even more outrageous, Colston went so far as to give Bettersource

---

[8] *Id.* at ¶3.
[9] *Id.*
[10] Complaint at ¶9.
[11] *Id.* at ¶13 (emphasis from the original).

NOT ORIGINAL DOCUMENT
08/09/2021 02:13:02 PM
96052

a two-star Google review and criticize its employee's professionalism despite Bettersource doing everything in its limited power to effect a change in the beneficiary form **after** Mr. Fox signed and returned his form without naming a beneficiary[12]:



### III.   ARGUMENT

Under CR 12.02(f), the failure to state a lawful claim against a particular defendant is grounds for dismissal, especially if evidence from outside the pleadings is considered, accepted, and converted to a summary judgment. *Middleton v. Sampey*, 522 S.W.3d 875, 878 (Ky. App. 2017). Kentucky law has never recognized a cause of action "by a purported beneficiary of a life insurance policy against the insurer for negligent breach of duty." *Mims v. W.-S. Agency, Inc.*, 226

---

[12] Clay Aff. at ¶4; *see also*
https://www.google.com/search?q=bettersource+benefits&rlz=1C1CHBF_enUS917US917&oq=bettersource+benefits&aqs=chrome..69i57j46i175i199.6167j1j15&sourceid=chrome&ie=UTF-8 (last visited July 26, 2021).

DIS : 000004 of 000009

NOT ORIGINAL DOCUMENT
08/09/2021 02:13:02 PM
96052

S.W.3d 833, 835 (Ky. App. 2007). Kentucky law certainly does not authorize insurance agents to add someone's name to an insured's beneficiary form after the insured already signed the form without naming a beneficiary. *See generally* KRS 516.010 *et seq.* (providing Kentucky's criminal offenses related to forgery). Instead, the insured—rather than the insurance company's agent—is required to substantially comply with the requirements of the insurance contract to change his beneficiary. *See Pikeville National Bank & Trust Co. v. Shirley*, 281 Ky. 158, 135 S.W.2d 431, 433 (1939). If he has done so, **"and, where all that remain[s] to be done are merely ministerial acts of the officers and agents of the insurer, the change will take effect though the formal details were not completed before the death of the insured**." *Farley v. First Nat. Bank*, 250 Ky. 150, 61 S.W.2d 1059, 1061 (1933) (emphasis added); *see also Marshall v. Marshall,* 399 S.W.2d 487, 490 (Ky. 1966) (notice to the employer alone was sufficient to change the beneficiary even though insurance company formalities not adhered to).

1.     **The Issue is Moot.**

Before wading too far into the weeds on the issue of whether Bettersource even owed a legal duty to Colston in the first place, there are several procedural deficiencies with the Complaint that Colston cannot overcome. First, Bettersource undeniably forwarded Colston's information to Dearborn within 80 minutes of receiving it from D.C. Trimble.[13] Hence, Colston's allegations against Bettersource for failing to provide her information to Dearborn are demonstrably false, baseless, and moot. The claims should be promptly dismissed for these reason alone.

2.     **The Claim is Untimely and Barred by the Applicable Statute of Limitations.**

---

[13] Clay Aff. at ¶3.

DIS : 000005 of 000009

Filed                21-CI-00628        07/29/2021      J.S. Flynn, Pulaski Circuit Clerk

NOT ORIGINAL DOCUMENT
08/09/2021 02:13:02 PM
96052

Additionally, KRS 413.245 provides a one-year statutory limitations period for a plaintiff to file a negligence claim against a professional. *Abel v. Austin*, 411 S.W.3d 728, 739 (Ky. 2013). The clock starts running as soon as an alleged negligent act occurs that results in an injury. *Queensway Fin. Holdings Ltd. v. Cotton & Allen, P.S.C.*, 237 S.W.3d 141, 147 (Ky. 2007); *Pedigo v. Breen*, 169 S.W.3d 831, 833 (Ky. 2004).

Here, the only gap in time where Bettersource did not forward Colston's information to Dearborn was an 80 minute window between 10:17 a.m. and 11:37 a.m. on July 1, 2020. You would be hard-pressed to find any organization that acts so efficiently. Nevertheless, the Complaint was not filed until more than one year later on July 9, 2021. Colston's claims against Bettersource are, therefore, untimely and forever barred by the statute of limitations. They must be summarily dismissed.

**3.    The Economic Loss Doctrine Shields Bettersource from Tort Liability.**

Kentucky's application of the economic loss doctrine prevents contracting parties from suing third-party entities that are not parties to the contract for tort liability when the tort-based claims are not independent from breach of contract claims. *See Superior Steel, Inc. v. Ascent at Roebling's Bridge, LLC*, 540 S.W.3d 770 792 (Ky. 2017). In other words, the economic loss rule prevents a party from asserting a breach of contract claim that is disguised as a tort claim against someone who is not a party to the contract. *See Nami Res. Co., L.L.C. v. Asher Land & Min., Ltd.*, 554 S.W.3d 323, 336 (Ky. 2018) (reaffirming holding of *Superior Steel, Inc.* and applying the economic loss rule to prevent double recovery of punitive damages and damages for breach of contract because the former was not independent of the latter).

Here, Bettersource was never a party to the insurance contract between Dearborn and Fox. The insurance contract dictates who gets the proceeds in any dispute between Fox's estate

DIS : 000006 of 000009

Filed                21-CI-00628       07/29/2021           J.S. Flynn, Pulaski Circuit Clerk

NOT ORIGINAL DOCUMENT
08/09/2021 02:13:02 PM
96052

and Colston. If the loser of that dispute is unhappy with the outcome, then the only recourse is to

claim that there was a breach of the insurance contract or some other contract-based defense

against the other contracting parties—not a negligence claim against the third-party insurance

agent that is really a breach of contract claim in disguise for allegedly failing to forward

information that was unquestionably forwarded!

**4.      The Relevant Inquiry is the Decedent's Intent and not the Ministerial Act of
         Forwarding Paperwork.**

      Colston's claims against Bettersource should also be dismissed even assuming *arguendo*

that Colston's information had not been forwarded to Dearborn. Absent some other disqualifying

circumstance, Colston's entitlement to the proceeds from the life insurance policy **entirely**

**depends on Fox's intent** rather than what Bettersource did or did not do. *Mims*, 226 S.W.3d at

837; *see also Vaughn v. Baker*, 438 S.W.2d 517, 519 (Ky. 1969) (where despite the agent's efforts,

the insured died without obtaining a formal application form to change his beneficiary. The Court

still held there was substantial compliance for the insurance company to pay the purported

beneficiary.) If Colston cannot prove that Fox substantially complied with the requirements of the

insurance contract to effect a change in beneficiary **before** D.C. Trimble emailed Colston's

identifying information to Bettersource, then Colston cannot establish any kind of legal standing

as Fox's intended beneficiary. If, however, Colston proves that Fox intended to make her his

beneficiary, then her recovery is limited to the terms of the insurance contract to which

Bettersource is not a party. Either way, the clerical act of forwarding the Plaintiff's identifying

information to the insurer is not a factor in the legal analysis of whether Colston is entitled to the

proceeds claimed.  This is the very holding of the *Mims* case, which correctly observed that this

kind of dispute begins and ends with the insured's intent. 226 S.W.3d at 835-37.

NOT ORIGINAL DOCUMENT
08/09/2021 02:13:02 PM
96052

## IV.   **CONCLUSION**

Colston's lawsuit was grounded on conjecture and without proper investigation of the underlying facts. Undersigned counsel has notified plaintiff's counsel regarding this fact and advised that it shall be seeking sanctions for failing to conduct a good faith investigation of the underlying facts. Colston's claims are also untimely, moot, and barred under Kentucky's economic loss doctrine.

**WHEREFORE**, Bettersource respectfully requests that this Court dismiss Colston's claims against Bettersource and further dismiss Bettersource as a party to this action with prejudice. Bettersource also respectfully requests that it be awarded all costs and attorneys' fees incurred in connection with this motion.

Respectfully submitted,

*/s/ John D. "Chip" Clay*
John D. "Chip" Clay
Vice President and General Counsel
340 Clifty Street, Suite 4
Somerset, Kentucky 42501
chip@bettersourcebenefits.com
*Attorney for Defendant Bettersource Benefit
Company, Inc.*

DIS : 000008 of 000009

NOT ORIGINAL DOCUMENT
08/09/2021 02:13:02 PM
96052

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of July 2021, I served the foregoing via e-filing upon counsel of record.

> */s/ John D. "Chip" Clay*
> John D. "Chip" Clay
> Vice President and General Counsel
> 340 Clifty Street, Suite 4
> Somerset, Kentucky 42501
> chip@bettersourcebenefits.com
> *Attorney for Defendant Bettersource Benefit*
> *Company, Inc.*

/59987412v.1



**Commonwealth of Kentucky**

**J.S. Flynn, Pulaski Circuit ClerK**

NOT ORIGINAL DOCUMENT
08/09/2021 02:09:05 PM
96052

| | | | |
|---|---|---|---|
| **Case #:** 21-CI-00628 | | **Envelope #:** 3643070 | |
| **Received From:** SUSAN JONES | | **Account Of:** SUSAN JONES | |
| **Case Title:** COLSTON, CHRISTINA VS. FOX, ESTATE OF JAME ET AL | | **Confirmation Number:** 128129224 | |
| **Filed On** 7/9/2021  8:15:49AM | | | |

| # | Item Description | | Amount |
|---|---|---|---|
| 1 | Access To Justice Fee | | $20.00 |
| 2 | Civil Filing Fee | | $150.00 |
| 3 | Money Collected For Others(Court Tech. Fee) | | $20.00 |
| 4 | Library Fee | | $1.00 |
| 5 | Court Facilities Fee | | $25.00 |
| 6 | Money Collected For Others(Attorney Tax Fee) | | $5.00 |
| 7 | Charges For Services(Jury Demand / 12) | | $70.00 |
| 8 | Money Collected For Others(Postage) | | $38.13 |
| 9 | Charges For Services(Copy - Photocopy) | | $2.70 |
| | | **TOTAL:** | $331.83 |

Generated: 7/9/2021



**Commonwealth of Kentucky**

**J.S. Flynn, Pulaski Circuit ClerK**

NOT ORIGINAL DOCUMENT
08/09/2021 02:10:18 PM
96052

| Case #: **21-CI-00628** | Envelope #: **3681124** |
|---|---|
| Received From: **JONES, SUSAN MICHELE** | Account Of: **JONES, SUSAN MICHELE** |
| Case Title: **COLSTON, CHRISTINA VS. FOX, ESTATE OF JAME ET AL** | Confirmation Number: **128759504** |
| Filed On **7/21/2021  11:01:57AM** | |

| # | Item Description | Amount |
|---|---|---|
| 1 | Money Collected For Others(Postage) | $12.71 |
| 2 | Charges For Services(Copy - Photocopy) | $0.90 |
| | **TOTAL:** | $13.61 |

Generated: 7/22/2021

## IN THE CIRCUIT COURT OF PULASKI COUNTY, KENTUCKY

CHRISTINA COLSTON,        )
                                    )
       PLAINTIFF,        )
v.                                   )          Case No. 21-CI-00628
                                      )
ESTATE OF JAMES FOX, BRIAN        )
FOX, ADMINISTRATOR        )          *Filed Electronically*
333 FAREHARN DRIVE        )
VENICE, FL 34293        )
                                      )
AND        )
                                      )
DEARBORN GROUP, INC.        )
C/O EDWIN A. BANDEROWICZ,        )
REGISTERED AGENT        )
36497 N. OLD WOODS TRAIL        )
GURNEE, IL 60031        )
                                      )
AND        )
                                      )
BETTER SOURCE BENEFIT COMPANY, )
INC., C/O JOHN D. CLAY, REGISTERED )
AGENT        )
340 CLIFTY STREET, SUITE 4        )
SOMERSET, KY 42501        )
                                      )
       DEFENDANTS.        )

### AGREED ORDER EXTENDING DEFENDANT THE DEARBORN GROUP'S TIME TO ANSWER PLAINTIFF'S COMPLAINT

Plaintiff Christina Colston ("Plaintiff") and Defendant The Dearborn Group ("Dearborn") (collectively, "the Parties") have agreed by counsel to an order extending the deadline for Dearborn to answer or otherwise respond to Plaintiff's Complaint to and including August 23, 2021. In support of this Agreed Order the Parties state:

1.       Dearborn's deadline to answer or otherwise respond to Plaintiff's Complaint is currently August 16, 2021, and such time has not expired. No previous extensions have been requested;

2.      Dearborn requires an additional seven days to prepare its response to Plaintiff's Complaint, in order to investigate the allegations in the Complaint;

3.      Dearborn's counsel has corresponded with counsel for Plaintiff regarding the extension of time, and Plaintiff has no objection to the requested extension;

4.      The requested extension is not made for the purposes of delay; and

5.      Counsel for Plaintiff has authorized counsel for Dearborn to submit this agreed order on behalf of Plaintiff.

WHEREFORE, Dearborn shall have to and including August 23, 2021 to file its answer or otherwise respond to Plaintiff's Complaint.

Respectfully submitted,

_/s/ Michele Wilson Jones_ (with permission)
MICHELE WILSON JONES
P.O. BOX 888
WHITLEY CITY, KY 42653
PHONE: 606-376-2200
FAX: 606-376-2205
Rj33@highland.net

ATTORNEY FOR PLAINTIFF

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

_/s/ Jennifer S. Rusie_
Jennifer S. Rusie, KY BPR #097123
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
SunTrust Plaza, Suite 1200
401 Commerce Street
Nashville, TN  37219-2446
615.254.1900 (telephone)
615.254.1908 (facsimile)
Email:  Jennifer.Rusie@odnss.com

Attorney for Defendant Dearborn Group, Inc.

ORDERED BY:                                     Date:

_____          _____

JUDGE, Pulaski Circuit Court

Copies to:

Jennifer S. Rusie, KY BPR #097123
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
SunTrust Plaza, Suite 1200
401 Commerce Street
Nashville, TN 37219-2446

Michele Wilson Jones
P.O. Box 888
Whitley City, KY 42653

## CERTIFICATE OF SERVICE

I hereby certify that on August 16, 2021, the foregoing Agreed Order was filed electronically

with the Clerk of Court and served electronically upon the following:

Michele Wilson Jones
P.O. Box 888
Whitley City, KY 42653
Phone:  606-376-2200
Rj33@highland.net
*Attorney for Plaintiff*

John Fortner
526 Greenup Street
Covington, KY 41011
(859) 491-1665
*Attorney for Estate of James Fox*

John D. "Chip" Clay
340 Clifty Street, Suite 4
Somerset, Kentucky 42501
chip@bettersourcebenfits.com
*Attorney for Bettersource Benefit Company, Inc.*

*/s/ Jennifer S. Rusie*
Jennifer R. Rusie

COMMONWEALTH OF KENTUCKY
PULASKI CIRCUIT COURT
DIVISION I
CIVIL ACTION NO. 21-CI-00628

CHRISTINA COLSTON,                                                    PLAINTIFF

v .

ESTATE OF JAMES FOX, *et al.*                                         DEFENDANTS

### DEFENDANT BETTERSOURCE BENEFIT COMPANY, INC.'S REPLY BRIEF IN SUPPORT OF MOTION TO DISMISS WITH PREJUDICE

In further support of its motion to dismiss with prejudice, Defendant Bettersource Benefit Company, Inc. ("Bettersource"), by counsel, provides the following reply brief.

## I.   THE MOTION TO DISMISS IS CERTAINLY "WELL FOUNDED" BUT IS BY NO MEANS "PREMATURE"

Bettersource should no longer be in this case. Dearborn Group insured D.C. Trimble's group life insurance plan—not Bettersource—and the only form of relief Colston sought in her Complaint was the life insurance proceeds from the group life insurance plan. These facts are important because the group life insurance plan that Dearborn Group insured is an "employee benefit plan," subject to the Employee Retirement Income Security Act of 1974 ("ERISA"). *See* 29 U.S.C. § 1002(1), *et seq.* Under ERISA, a beneficiary's state law claims seeking payment of ERISA plan proceeds are preempted as a matter of federal law by the civil enforcement action of 29 U.S.C. § 1132(a). *Aetna Health, Inc. v. Davila*, 542 U.S. 200, 208-09, 124 S.Ct. 2488, 159 L.Ed.2d 312 (2004). Colston's claims, therefore, are subject to a choice of law analysis that can be raised at any time before trial. *See Curry v. Cincinnati Equitable Ins. Co.*, 834 S.W.2d 701, 704 (Ky. App. 1992).

## II. DEARBORN GROUP'S PRESENCE IN THE CASE IS IMMATERIAL TO THE PRESENT MOTION BECAUSE COLSTON MUST ESTABLISH STANDING TO BRING HER ERISA CLAIM BASED ON BETTERSOURCE FORWARDING COLSTON'S BENEFICIARY INFORMATION TO DEARBORN GROUP

In order to bring a valid ERISA claim for the insurance proceeds from the group life insurance policy, Colston must show that she "has a reasonable or colorable claim for benefits under an ERISA plan." *Crawford v. Roane*, 53 F.3d 750, 754 (6th Cir. 1995) (citing *Firestone Tire and Rubber Co. v. Bruch*, 489 U.S. 101, 117–18, 109 S.Ct. 948, 957–58, 103 L.Ed.2d 80 (1989). A mere claim that she is a beneficiary is not sufficient. *Id.* Colston cannot satisify this legal requirement and make this required showing by ignoring the undisputed fact that Bettersource forwarded the information from D.C. Trimble's email to Dearborn Group. Accordingly, **Colston must disprove her own allegations against Bettersource before she can even have an opportunity to claim entitlement to the proceeds**. She cannot have it both ways.

## III. DEARBORN GROUP IS UNDENIABLY BEFORE THE COURT

Contrary to Colston's assertions, Dearborn Group is very much involved in this lawsuit. Dearborn Group tendered an order to extend the time for Dearborn Group to answer the Complaint until after the hearing on the present motion to dismiss on August 16, 2021, **that Colston even agreed to**. Obviously, Colston must have been in contact with Dearborn Group's counsel about this consent order before she filed the response arguing the present motion was premature because Dearborn Group had yet to answer. The filings were only minutes apart! It will truly be astonishing if Colston can reconcile these two completely different representations to the Court, and if she cannot, it is further evidence justifying sanctions against Colston.

## IV.   CONCLUSION

Colston's claims against Bettersource are (1) preempted by federal law, (2) unsupported by Kentucky law, (3) untimely under the applicable statute of limitations, and (4) based on facts that are just plain wrong. Colston cannot establish standing to bring her ERISA-based claims without disproving her own baseless claims against Bettersource. Colston's attempt to exploit her own agreement to extend Dearborn Group's time to answer as the justification for labeling Bettersource's motion to dismiss as "well-founded" yet "premature" makes no sense and should serve as further grounds for ordering sanctions.

WHEREFORE, Bettersource renews the request for relief sought in its motion to dismiss.

Respectfully submitted,

*/s/ John D. "Chip" Clay*
John D. "Chip" Clay
Vice President and General Counsel
340 Clifty Street, Suite 4
Somerset, Kentucky 42501
chip@bettersourcebenefits.com
*Attorney for Defendant Bettersource Benefit Company, Inc.*

E79F8245-27DA-4865-88DD-AAAC59AFB1CB : 000003 of 000004

RPL : 000003 of 000004

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of August 2021, I served the foregoing via e-filing upon counsel of record.

/s/ John D. "Chip" Clay
John D. "Chip" Clay
Vice President and General Counsel
340 Clifty Street, Suite 4
Somerset, Kentucky 42501
chip@bettersourcebenefits.com
*Attorney for Defendant Bettersource Benefit Company, Inc.*